## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maniraj Ashirwad Gnanaraj | **CASE NUMBER** |
| PLAINTIFF(S) | CV 22-2564-FMO (MRWx) |
| v. | |
| Lilium N.V. et al | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 6/21/2022 | 29 | Coon's Motion for Appointment as Lead Plaintiff |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☑ The document is accepted as filed
- ☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☑ Other

   The Motion has been added to the Court's July 21, 2022 calendar at 10:00 a.m.

Clerk, U.S. District Court

Dated: 6/27/2022                    By: G. Garcia
                                         Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge