Kim E. Miller (178370)
KAHN SWICK & FOTI, LLC
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

*Counsel for Movant, Jonathan Coon*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MANIRAJ ASHIRWAD GNANARAJ, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>LILIUM N.V. F/K/A QELL ACQUISITION CORP., BARRY ENGLE, DANIEL WIEGAND, and GEOFFREY RICHARDSON,<br><br>     Defendants. | Case No. 2:22-cv-02564-FMO<br><br>**JONATHAN COON'S NOTICE OF UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND REQUEST FOR ADJOURNMENT OF HEARING ON MOTIONS FOR LEAD PLAINTIFF**<br><br>**CLASS ACTION**<br><br>Judge:  Hon. Fernando M. Olguin<br>Date:   Thursday, July 21, 2022<br>Time:   10:00 a.m.<br>Courtroom: 6D – 6th Floor |

NOTICE OF UNOPPOSED MOTION AND REQUEST
FOR ADJOURNMENT OF HEARING

CASE NO. 2:22-cv-02564-FMO

Lead Plaintiff Movant and presumptive Lead Plaintiff Jonathan Coon, with losses of **$990,412**, respectfully submits this notice to inform the Court that, at the time of this filing, his motion for appointment as Lead Plaintiff and approval of his selection of counsel (Dkt. No. 29) faces no remaining opposition.

On June 17, 2022, four applicants timely filed competing motions seeking to be appointed as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B). The motions for appointment were filed by: (1) Maniraj Ghanaraj (Dkt. No. 24); (2) Mr. Coon (Dkt. No. 29); (3) Mark Cataldo (Dkt. No. 31); and (4) James D. Stinson (Dkt. No. 35). As of the filing of this Notice, the only remaining movant is Mr. Coon. All other movants have conceded they are not the presumptive lead plaintiff by filing notices of non-opposition to competing motions between June 17 and June 30, 2022. *See* Dkt. No. 39 (Mr. Stinson); Dkt. No. 42 (Mr. Ghanaraj); Dkt. No. 43 (Mr. Cataldo).

Mr. Coon is the presumptive Lead Plaintiff, having suffered the greatest losses of all movants. Indeed, each of the previously competing movants have recognized their losses do not exceed Mr. Coon's losses of $990,412.[1]  Mr. Coon is well-suited for the

---

[1] While the Ninth Circuit "has not prescribed a particular method for calculating a plaintiff's financial interest," *Robb v. Fitbit Inc.*, No. 16-cv-0151, 2016 U.S. Dist. LEXIS 62457, at *8 (N.D. Cal. May 10, 2016), it has directed courts to "select accounting methods that are both rational and consistently applied.'" *In re Cavanaugh*, 306 F.3d 726, 730 n.4 (9th Cir. 2002. In this Circuit, courts consider the four *Olsten-Lax* factors when determining the financial interest. *See*, *e.g.*, *Richardson v. TVIA, Inc.*, No. 06-cv-6304, 2007 U.S. Dist. LEXIS 28406, at *11 (N.D. Cal. 2007). The four factors are: "(1) the number of shares purchased during the class period; (2) the number of net shares purchased during the class period; (3) the total net funds expended during the class period; and (4) the approximate losses suffered." *Fitbit*, 2016 U.S. Dist. LEXIS 62457, at *8. Losses suffered typically carries the most weight. *Id.* Applied here, Mr. Coon leads all the former competing movants in each of the *Olsten-Lax* factors and is

NOTICE OF UNOPPOSED MOTION NOTICE OF UNOPPOSED MOTION AND REQUEST FOR ADJOURNMENT OF HEARING

1

CASE No. 2:22-cv-02564-FMO

role as Lead Plaintiff in this matter, having demonstrated a commitment to this litigation by filing a timely motion for appointment as Lead Plaintiff with supporting documentation and a substantial loss. Mr. Coon satisfies all the requirements for Lead Plaintiff, is willing to serve in that role, and no other movant rebutted the presumption that Mr. Coon is the most adequate plaintiff.

For all of the foregoing reasons, Mr. Coon respectfully requests that this Court: (1) appoint Mr. Coon to serve as Lead Plaintiff in this consolidated action; (2) approve Mr. Coon's selection of KSF as Lead Counsel for the Class; (3) adjourn the hearing on the motions for lead plaintiff currently scheduled for July 21, 2022; and (4) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: July 8, 2022

KAHN SWICK & FOTI, LLC

By:   *Kim E. Miller*

Kim E. Miller (178370)
KAHN SWICK & FOTI, LLC
250 Park Ave., 7th Floor
New York, NY 10177
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

the presumptive lead plaintiff under *In re Cavanaugh*. With respect to each of the four *Olsten/Lax* factors: (1) Mr. Coon purchased the most shares during the Class Period (150,000); (2) he retained the most net shares during the Class Period (150,000); (3) he expended the greatest net funds during the Class Period ($1,490,505.00); and (4) he sustained the largest loss ($990,412).

Lewis S. Kahn
(*pro hac vice to be submitted*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Movant, Jonathan Coon*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*Kim E. Miller*
KIM E. MILLER
